UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-214 (JDB) |
| : | |
| JOSEPH LINO PADILLA, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

NOW COMES the United States, by and through the United States Attorney for the District of Columbia, and the Defendant, Joseph Lino Padilla, to submit this joint status report in response to this Court's January 3, 2025 Minute Order. Following the remand from the Court of Appeals for the D.C. Circuit, USCA No. 23-3186, and upon review of the record, the parties agree that resentencing may be warranted in this matter. The parties further request the opportunity to submit supplemental sentencing memoranda in advance of the resentencing hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

Counsel for the Defendant

/s/ AMANDA SKINNER            By:   /s/ ANDREW HAAG
Amanda Skinner                      Andrew Haag
Assistant Federal Public Defender   Assistant United States Attorney
NM Bar No. 142771                   Massachusetts Bar No. 705425
506 S. Main Street, Las Cruces, NM 88001   601 D Street NW, Washington, DC 20530
Tel. No.: (575) 527-6930            Tel. No.: (202) 252-7755
Email:amanda_skinner@fd.org         Email: andrew.haag@usdoj.gov

1